# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Challenger Trading S.A., | ) |
| *Plaintiff*, | ) Civil Action No. _____ |
| v. | ) **IN ADMIRALTY** |
| Valeska Shipping Lines Limited (t/a Valeska Nigeria), et al., | ) |
| *Defendants and Garnishee*. | ) |

**To Garnishee:**   **GoDaddy.com LLC**
c/o Corporation Service Company
2711 Centerville Rd, Suite 400
Wilmington, DE 19808

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE.

GREETING:

   WHEREAS, on June 3, 2016, Plaintiff filed a Verified Complaint against Defendants Valeska Shipping Lines (t/a Valeska Nigeria) and Aiteo Group for reasons in said complaint mentioned for the sum of at least **USD 1,000,000.00** (herein, the "Garnishment Amount") and praying for process of marine attachment and garnishment against the property of said Defendant; and

   WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

   NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District you are directed to attach and garnish the property indicated below and how you shall have executed this process, make known to this Court with your certificate of execution thereof written:

## DESCRIPTION

All goods, chattels, credits and effects, tangible or intangible property, including the website and/or internet domain of Aiteo Group (aiteogroup.com), or any other funds held on behalf of Aiteo Group by Garnishee.

WITNESS THE HONORABLE Judge of said Court, in said District, this ___ day of June, 2016.

John A. Cerino, CLERK


BY: _____
       Deputy Clerk


NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.