

Theodore A. Kittila
Greenhill Law Group, LLC
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

Phone: (302) 414-0510 x700
Email: ted@greenhilllaw.com

September 12, 2016

**By CM/ECF**
The Honorable Leonard P. Stark
Chief Judge, United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

    Re:   *Challenger Trading S.A. v. Valeska Shipping Lines Ltd.,* **et al.,**
            C.A. No. 1:16-cv-00409-LPS

Dear Chief Judge Stark:

    As Your Honor ordered following the hearing on the Amended Motion to Vacate Order of Attachment and Garnishment [D.I. 17] on Friday, September 9, 2016, enclosed please find a copy of a proposed Order Vacating Attachment that has been prepared by the parties.

    We remain available should the Court have any questions.

                                                    Respectfully submitted,

                                                    */s/ Theodore A. Kittila* (DE Bar No. 3963)

                                                    Theodore A. Kittila, Attorney at Law
                                                    Greenhill Law Group, LLC

                                                    *Counsel for Plaintiff*

Enclosure

cc:    J. Stephen Simms, Esq. (by CM/ECF)
        Marios J. Monopolis, Esq. (by CM/ECF)
        Patrick J. Reilley, Esq. (by CM/ECF)
        Benjamin J. Razi, Esq. (by CM/ECF)