# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Challenger Trading S.A., )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>Valeska Shipping Lines Limited and Aiteo )<br>Energy Resources Limited, )<br>)<br>    *Defendants* and *Garnishee*. )<br>) | Civil Action No. 1:16-cv-00409-LPS<br><br>**IN ADMIRALTY** |

## ORDER VACATING ATTACHMENT

At Wilmington this 12th day of September, 2016:

For the reasons stated on the record at the September 9, 2016 hearing,

**IT IS HEREBY ORDERED** that the Motion to Vacate filed by Valeska Shipping Lines Limited, Aiteo Energy Resources Limited, and Oliver Okafor (D.I. 17) is **GRANTED**.

The Court's prior Order Authorizing Issuance of Writ of Maritime Garnishment in this matter (D.I. 11), entered on June 3, 2016, is hereby vacated.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT COURT