IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Challenger Trading S.A., | ) |
| | ) |
| *Plaintiff*, | ) Civil Action No. 1:16-cv-00409-LPS |
| | ) |
| v. | ) **IN ADMIRALTY** |
| | ) |
| Valeska Shipping Lines Limited and Aiteo Energy Resources Limited, | ) |
| | ) |
| *Defendants* and *Garnishee*. | ) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Challender Trading S.A. and Defendants Valeska Shipping Lines Limited and Aiteo Energy Resources Limited, by and through their undersigned counsel, jointly stipulate for the dismissal without prejudice of this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 5, 2016

| | |
|---|---|
| **GREENHILL LAW GROUP, LLC** | **COLE SCHOTZ P.C.** |
| /s/ *Theodore A. Kittila* | /s/ *Patrick J. Reilley* |
| Theodore A. Kittila (DE Bar No. 3963) | Patrick J. Reilley (No. 4451) |
| 1000 N. West Street, Suite 1200 | 500 Delaware Avenue, Suite 1410 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Phone: (302) 414-0510 x700 | Tel: (302) 651-2004 |
| Fax: (302) 595-9346 | Email: preilley@coleschotz.com |
| Email: ted@greenhilllaw.com | |
| | Benjamin J. Razi, *pro hac vice* |
| Marios J. Monopolis, *pro hac vice* | COVINGTON & BURLING LLP |
| SIMMS SHOWERS LLP | One CityCenter |
| 201 International Circle, Suite 250 | 850 Tenth Street NW |
| Baltimore, Maryland 21030 | Washington, DC 20001 |
| Phone: (410) 783-5795 | Tel: (202) 662-6000 |
| Email: mjmonopolis@simmsshowers.com | Email: brazi@cov.com |
| | |
| *Counsel for Plaintiff* | *Attorneys for Defendants* |